204-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
W-O MARINE PTE. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
W-O MARINE PTE. LTD.

       Plaintiff,

 - against –

MENANG MURNI SDN BHD,

       Defendant.
------------------------------------------------------------x

07 CIV _____ (       )

**RULE 7.1 STATEMENT**

W-O MARINE PTE. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
   April 20, 2007

         FREEHILL HOGAN & MAHAR, LLP
         Attorneys for Plaintiff
         W-O MARINE PTE. LTD.

   By: _____
      Michael E. Unger (MU 0045)
      Manuel A. Molina (MM 1017)
      80 Pine Street
      New York, NY 10005
      (212) 425-1900
      (212) 425-1901 fax

NYDOCS1/281803.1