UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

W-O Marine Pte. Ltd.

07 CV 3208 (LAP)

ORDER

v.

Menang Murni SDN BHD

------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than March 28, 2008 of the status of this action.

SO ORDERED:

Dated: March 11, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

orderstatus