LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
JOHN P. MURNANE, JR. ∆
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*▲
DANIEL J. FITZGERALD*▲
MICHAEL C. ELLIOTT
IAN P.G. SHOLTI

*ALSO ADMITTED IN NEW JERSEY
▲ALSO ADMITTED IN CONNECTICUT
†ALSO ADMITTED IN WASHINGTON, D.C.
∆ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

March 28, 2008

Total No. of Pages:  2

Our Ref: 204-07/MEU

By Facsimile: (212) 805-7941
The Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re:  **W-O MARINE PTE. LTD. v. MENANG MURNI SDN BHD**
     **07cv3208 (LAP) - SDNY**

Dear Judge Preska,

We represent the Plaintiff W-O MARINE PTE. LTD. in the above-captioned matter and write in response to the Court's Order directing the submission of this status report. This is a maritime attachment action which was filed by W-O Marine against Defendant MENANG MURNI SDN BHD in April 2007. Your Honor issued an order for Process of Maritime Attachment and Garnishment which has been served upon various garnishee banks. To date no funds have been restrained in this matter. We have recently learned that Defendant Menang Murni has either changed its name or been succeeded by another company. We are awaiting final details but anticipate filing an Amended Complaint naming this new entity as a defendant and seeking an amended writ of attachment so that W-O Marine may obtain security for its claims against the defendant which are proceeding in arbitration. We respectfully request the Court permit plaintiff thirty (30) days within which to file its amended complaint and seek an amended writ. If we are not in a position to go forward at that time, plaintiff will enter a voluntary discontinuance.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 2, 2008

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/2/08]

NYDOCS1/301494.1

March 28, 2008

We thank you Court for its courtesy and consideration of the foregoing.

Respectfully,
FREEHILL, HOGAN & MAHAR LLP

Michael E. Unger

MEU/mc