```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                DOC #: _____
SOUTHERN DISTRICT OF NEW YORK               DATE FILED: 6/9/08
------------------------------------X
W-O Marine Pte. Ltd.,              :        07 cv 3208 (LAP)
                                   :
                                   :        ORDER
             v.                    :
                                   :
Menang Murni SDN BHD               :
                                   :
                                   :
------------------------------------X
```

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than June 16, 2008 of the status of this action.

SO ORDERED:

Dated: June 9, 2008

                                   _____
                                   LORETTA A. PRESKA, U.S.D.J.

orderstatus